### J. A. SCRIVEN CO. v. GIRARD CO.

(Circuit Court, S. D. New York.    September, 1905.)

TRADE-MARKS—SUIT FOR INFRINGEMENT—PRELIMINARY INJUNCTION.

A preliminary injunction granted, restraining the use by defendant of the words "elastic seam" or "stretchiseam," used by complainant as trade-marks to designate certain styles of garments manufactured by it.

In Equity.    On motion for preliminary injunction.

Arthur v. Briesen, for the motion.
Louis Marshall, opposed.

LACOMBE, Circuit Judge.    Complainant may take a preliminary injunction against the use of the words "elastic seam" or "stretchiseam," or similar words, in connection with a longitudinal yellow strip inserted, as described, in the moving papers and shown in the exhibits.    Inasmuch as the defendant is apparently extensively engaged in the manufacture of the garments complained of, a suspension of the operation of the injunction for 30 days after entry of order will be granted, in order to give abundant time to make necessary changes in stock on hand and in process of manufacture.    This extension will also give defendant the opportunity to review at coming session of Court of Appeals, as a preferred appeal, such session beginning October 10th.